# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS, LLC, et al | ) ) ) |
| *Plaintiff* | ) Civil Action No. **A13CV0228 LY** |
| v. | ) |
| COOL ENTERPRISES, LLC, et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cool Enterprises, LLC - 4210 Spicewood Springs Road, Suite 205, Austin, Texas 78759.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     The Butler Firm, PLLC
Clay A. Butler
1601 Rio Grande Street
Suite 331
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI

*CLERK OF COURT*

Date: **MAR 1 8 2013**

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Texas

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS, LLC, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. A13CV0228 LY |
| COOL ENTERPRISES, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK E. SCHIFFGENS - 2506 Roxmoor Drive, Austin, Texas 78723.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Butler Firm, PLLC
Clay A. Butler
1601 Rio Grande Street
Suite 331
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
*CLERK OF COURT*

Date:  MAR 1 8 2013 _____     _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS, LLC, et al | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| COOL ENTERPRISES, LLC, et al. | ) ) ) |
| *Defendant* | ) |

**A13CV0228 LY**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam Zarafshani - 4210 Spicewood Springs Road, Suite 205, Austin, Texas 78759.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Butler Firm, PLLC
Clay A. Butler
1601 Rio Grande Street
Suite 331
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI

*CLERK OF COURT*

Date:  MAR 1 8 2013 _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS, LLC, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. A13CV0228 LY |
| COOL ENTERPRISES, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONLETH S. O'CONNELL, JR. - 10808 Straw Flower Drive, Austin, Texas 78733.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Butler Firm, PLLC
Clay A. Butler
1601 Rio Grande Street
Suite 331
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
*CLERK OF COURT*

Date: MAR 1 8 2013

_____
*Signature of Clerk or Deputy Clerk*